IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | CIVIL ACTION NO. 1:08-cv-00893-HHK |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| BALLARD & ASSOCIATES, INC. f/k/a Ballard & Associates, II, Inc. | ) ) ) | |
| and | ) ) | |
| JOHN W. WIMMER, an individual d/b/a Ballard & Associates, Inc. | ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO REVIVE JUDGMENT**

Plaintiff International Painters and Allied Trades Industry Pension Fund ("Pension Fund" or "Plaintiff"), through undersigned counsel, respectfully moves this Court for an Order reviving the judgment in favor of Plaintiff and against Defendants. In support of this Motion, Plaintiff states the following:

1. On April 12, 2010, a default judgment in the amount of $65,246.38, plus post-judgment interest pursuant to 28 U.S.C. § 1961, was entered in this action against the Defendants, Ballard & Associates, Inc., f/k/a Ballard & Associates, II, Inc., and John W. Wimmer, d/b/a Ballard & Associates, Inc., in favor of Plaintiff.

2. The outstanding unpaid balance of the judgment is $65,246.38.

3. Pursuant to 28 U.S.C. § 1961, post judgment interest is calculated "from the date of the entry of judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar

week preceding the date of judgment." The rate for the week preceding entry of the judgment is 0.43% as stated on Ex. 1.

4. The Judgment accrued interest of $3,374.97 from April 12, 2010 through January 12, 2022. See Exhibit 2. Thus, the total debt is now $68,621.35.

5. The lien of judgment against Defendants is set to expire on April 12, 2022, pursuant to D.C. Code § 15-101 (2001).

6. Pursuant to D.C. Code § 15-103, Plaintiff seeks to extend the effect and operation of the judgment and all the remedies for its enforcement for the period of twelve years from the date of the order.

**WHEREFORE**, there being no just reason for delay, Plaintiff asks that the Court revive the judgment against Defendants as set forth in the attached proposed Order.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

/s/ Judith Sznyter
JUDITH SZNYTER
Bar No. 982325
Jennings Sigmond, P.C.
1835 Market Street, Suite 2800
Philadelphia, PA 19103
(215) 351-0641

Date: January 13, 2022                    Attorneys for Plaintiff